**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ACLARIS THERAPEUTICS, INC. DERIVATIVE LITIGATION | Lead Case No. 1:19-cv-10641-LJL |

**DECLARATION OF TIMOTHY BROWN IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

I, TIMOTHY BROWN, declare as follows:

1. I am the managing attorney at The Brown Law Firm, P.C., Co-Lead Counsel for plaintiffs Keith Allred and Bruce Brown in the above-captioned consolidated shareholder derivative action. I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

2. I submit this declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement, dated July 29, 2021, and Exhibits A-D thereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 30th day of July, 2021, in New York, New York.

________________________

Timothy Brown